UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/18/2026__
```

AXA XL,

                    Plaintiff,

          -v-

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                    Defendant.

**ORDER**

26-CV-3038 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion asking to adjourn the June 25, 2026 conference. ECF No. 11. The letter motion is **GRANTED.** The conference scheduled for June 25, 2026 is adjourned *sine die*. Parties are directed to file a status report by **July 17, 2026** if the case is not dismissed before then.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 11 as **GRANTED.**

**SO ORDERED.**

Dated: June 18, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge